# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-CR-00427 (DLF) |
| : | |
| DAN EDWIN WILSON and : | |
| DAVID SCOTT KUNTZ : | |
| : | |
| **Defendants.** : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Mindy Deranek, who may be contacted by telephone at 202-252-7776 or by email at Mindy.Deranek@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States. Mrs. Deranek joins Mr. Mariano who remains assigned to the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Mindy Deranek*
MINDY DERANEK
Washington State Bar No. 43085
Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
Telephone: 202-252-7776
Mindy.Deranek@usdoj.gov

## CERTIFICATE OF SERVICE

On this 19th day of April 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Mindy Deranek
MINDY DERANEK
Washington State Bar No. 43085
Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
Telephone: 202-252-7776
Mindy.Deranek@usdoj.gov