UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 23-cr-427 (DLF) |
| | : | |
| v. | : | |
| | : | |
| DAVID SCOTT KUNTZ, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, now submits this status report in response to the Court's July 31, 2024 minute order.

1. On February 8, 2024, Kuntz was charged with violations of 18 U.S.C. § 1512(c)(2), and 18 U.S.C. § 1752(a)(1) and (2). On April 17, 2024, in a superseding indictment, the Grand Jury indicted Kuntz on 18 U.S.C. § 1512(k), as well as the charges set forth in the Complaint. (ECF No. 47).

2. The government attempted to contact the defense multiple times to confer regarding this status report, but the government was unable to meet and confer with the defense regarding the Court's July 31, 2024 minute order.

3. The government still anticipates a jury trial to begin on October 15, 2024.

4. The government's position is that the August 26, 2024 motion hearing is not necessary as the defendant and the government have not filed any pretrial motions besides the government's omnibus motion *in limine*. (ECF No. 62). The government anticipates that any objections to its omnibus motion *in limine* will be addressed at the final pretrial conference.

5. As mentioned at the June 12, 2024 status conference, the government is considering whether to bring additional charges, including a 18 U.S.C. § 372 charge, and whether to proceed on the 18 U.S.C. §§ 1512(c)(2) and (k) charges (Counts One and Two).[1] The government expects to make a final decision as to any new charges in the near future. Further, the government will promptly inform the Court if it determines not to proceed on Counts One or Two.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

/s/ Mindy L. Deranek
Mindy L. Deranek
Washington State Bar No. 43085
United States Attorney's Office
for the District of Columbia
601 D Street N.W.
Washington, D.C. 20530
(202) 252-7776
Mindy.deranek@usdoj.gov

/s/ Taylor Fontan
Taylor Fontan
IN Bar No. 35690-53
United States Attorney's Office
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 815-8597
Taylor.Fontan@usdoj.gov

---

[1] The government is in the process of evaluating the Supreme Court's ruling in *Fischer v. United States*, 603 U.S. ___, 2024 WL 3208034 (June 28, 2024) regarding 18 U.S.C. § 1512(c)(2).