UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 23-cr-00427-DLF |
| | ) |
| DAVID KUNTZ | ) |
| | ) |
| Defendant | ) |

## NOTICE OF JOINDER

NOW comes Defendant David Kuntz by and through his undersigned counsel of record, William L. Shipley, and respectfully joins the Government's Status Report filed at ECF No. 63.

In addition to the Status Report, Defendant Kuntz does not intend to file any other pretrial motions as to the current indictment.

Dated: August 5, 2024                Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*