UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 23-cr-00427-DLF |
| ) | |
| **DAVID KUNTZ** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

### NOTICE OF NO OBJECTION

NOW comes Defendant David Kuntz by and through his undersigned counsel of record, William L. Shipley, and respectfully files this Notice of No Objection to Motion *in limine* at ECF No. 85-2.

Dated: November 25, 2024         Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*